UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CHAIM MAJESZ on behalf of himself and all other similarly situated consumers

          Plaintiff,

-v-

CREDIT CONTROL SERVICES, INC. D/B/A CREDIT COLLECTION SERVICES,

          Defendants.

Civil Case No: 1:20-cv-02137-ARR-VMS

**ORDER AND STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

## ORDER AND STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

    IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s), whereas no party in this action is an infant or incompetent, the above-captioned action is voluntarily dismissed with prejudice with each party bearing its own cost pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii). As to the putative class, the action is voluntarily dismissed without prejudice.

_/s/ Adam J. Fishbein_
Adam J. Fishbein, Esq.
Adam J. Fishbein, P.C.
735 Central Avenue
Woodmere, New York  11598
Telephone: (516) 668-6945

Dated:  November 20, 2020

_Lori J. Quinn_
Lori J. Quinn, Esq.
Gordon Rees Scully Mansukhani, LLP
One Battery Park Plaza, 28th Floor
New York, NY 10004
Telephone: (212) 453-0758

Dated:  November 20, 2020

SO ORDERED:
/s/(ARR)
Hon. Allyne R. Ross, U.S.D.J.

Dated:  November 20, 2020